United States District Court
Middle District of Florida
Orlando Division

United States of America

v.                                           Case No: 6:22-cr-39-CEM-EJK

Jayson Robert Ross

### Unopposed Motion to Continue the Sentencing Hearing

The government does not oppose a 30-day continuance of the sentencing hearing now set for January 6, 2023. Doc. 70. As the Court may recall, Mr. Ross did not appear at the November 28, 2022, sentencing due to a medical issue. Doc. 69. At that time (and briefly today), the Court was informed that a further continuance might be requested to give the parties time to attempt to reach accommodation on how the guidelines should be calculated. This is that request.

Pursuant to Federal Rule of Criminal Procedure 32(b)(1), a district court is required to "impose sentence without unnecessary delay." The Rule also provides that the district court "may, for good cause, change any time limits prescribed in this rule." Fed. R. Crim. P. 32(b)(2). In *Betterman v. Montana*, 136 S. Ct. 1609, 1612 (2016), the Supreme Court held that the Sixth Amendment's speedy trial guarantee does not apply once a defendant has been found guilty at trial or has pleaded guilty to criminal charges.

The parties are working to possibly come to an agreement on how to calculate the guidelines which could save this Court resources by eliminating a need to litigate the issue.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender, MDL

*/s/ Michael S. Ryan*
Michael S. Ryan, Esq.
Assistant Federal Defender
Arizona Bar No. 0018139
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: michael_ryan@fd.org

Certificate of Service

I hereby certify that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Beatriz Gonzalez, Assistant United States Attorney, this 15th day of December 2022.

*/s/ Michael S. Ryan*
Attorney for Defendant