UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**                                                   **Case No: 6:22-cr-39-CEM-EJK**

**JAYSON ROBERT ROSS**

**Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Government's Motion to Reduce Term of Imprisonment to Time Served (Doc. 110). For the reasons stated in the Court's Indicative Ruling (Doc. 119), the substance of which is incorporated herein by reference, it is **ORDERED** and **ADJUDGED** as follows:

1. The Government's Motion to Reduce Term of Imprisonment to Time Served (Doc. 110) is **GRANTED**.

2. Defendant's term of imprisonment is **REDUCED** to **TIME SERVED**.

3. All other terms of Defendant's sentence imposed by the Court, including a five year term of supervised release, shall remain in effect.

**DONE** and **ORDERED** in Orlando, Florida on March 8, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record